IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. Action No. 4:16-00240-FL

| | | |
|---|---|---|
| ANDREW BRIGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| ACTING COMMISSIONER | ) | |
| OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

The Court, having reviewed Plaintiff's motion for attorney fees and supporting memorandum, and seeing that Defendant does not object to an award of attorney fees in the amount of $3,546, as Plaintiff has requested, ORDERS that Defendant pay to Plaintiff the sum of $3,546, in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and that upon such payment this case be dismissed with prejudice.

This __31st__ day of October, 2017,

_____
Hon. Louise W. Flanagan
United States District Judge
Eastern District of North Carolina